# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN BAMAT, | No. 4:18-CV-01898 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GLENN O. HAWBAKER, INC., | |
| Defendant. | |

## ORDER

**MARCH 12, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Judgment on the Pleadings, ECF No. 17, is **GRANTED**. Upon resolution of the remaining claim in this case, the Clerk of Court is directed to enter judgment in favor of Defendant on all counts of Plaintiff's Complaint, ECF No. 1-1, and on Count II of Plaintiff's Amended Complaint, ECF No. 13.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge