# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN BAMAT, | No. 4:18-CV-01898 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GLENN O. HAWBAKER, INC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 23rd day of October 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No 43) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge